IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| IN RE: | § § | |
| AUSTIN J. DANIEL | § § | CASE NO. 17-11842 |
| | § | CHAPTER 13 |
| DEBTOR. | § | |

## NOTICE OF MOTION TO MODIFY PLAN

PLEASE TAKE NOTICE that the Debtor has moved to modify his confirmed plan.  Any interested party objecting to the Motion must file a written objection with the Clerk of the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore MD 21201, within thirty (30) days from the date of this notice setting forth in detail the basis of said objection with a copy being sent to the undersigned. If an objection is filed, a hearing on the objection will be held on December 1, 2020, at 10:00 AM, in Courtroom 2-A,

U.S. Courthouse
Baltimore Division
101 W. Lombard St.
Baltimore, MD 22101

A copy of the proposed modification accompanies this Notice.

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES **Austin J. Daniel**, Debtor in the above-captioned bankruptcy case, by the undersigned counsel, and moves to modify his Chapter 13 Plan as follows.

1.	Debtor filed this case under Chapter 13 on February 10, 2017.  His confirmed plan calls for plan payments of $  $1,586.78 total for the first 23 months; then $150 per month for twenty four (24) months, for a total of 47 months.

2.	The Debtor has fallen behind on plan payments due to issues of job loss.    He

regained employment, but then again lost work due to Covid-19.

3. The Debtor has paid to date $2656.78 into the plan (in addition to adequate protection payment to his car lender) over the first 43 months since filing. The modified plan proposes to pay a reduced $61.71 per month for 41 more months, extending the term to a total of 84 months, keeping the plan funding nearly the same but simply extending the term to the extent allowed by the CARES Act.

4. The proposed modified plan meets all requirements for confirmation, and should be confirmed.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order confirming the modified plan filed herewith.

Dated: October 6, 2020.

                                                Respectfully submitted,

                                                __/s/Daniel M. Press_____
                                                Daniel M. Press #07300
                                                CHUNG & PRESS, P.C.
                                                6718 Whittier Avenue, Suite 200
                                                McLean, Virginia 22101
                                                (703) 734-3800
                                                dpress@chung-press.com

## CERTIFICATE OF SERVICE

I certify that on the 6th day of October, 2020, I caused Debtor's Motion to Modify Chapter 13 Plan (with proposed modified plan attached) to be served by CM/ECF on:

Michael J. Klima bankruptcy@peroutkalaw.com

Robert S. Thomas ECF@ch13balt.com, rthomas13@ecf.epiqsystems.com

and by first class mail postage prepaid upon all creditors on the attached matrix.


      /s/Daniel M. Press_____
Daniel M. Press

```
Label Matrix for local noticing          Atlas Acquisitions LLC                    Capital One Auto Finance
0416-1                                    Attn: Avi Schild                          a division of Capital One, N.A.
Case 17-11842                             294 Union St                              P.O. Box 165028
District of Maryland                      Hackensack, NJ 07601-4303                 Irving, TX 75016-5028
Baltimore
Tue Oct  6 22:21:14 EDT 2020

Capital One Auto Finance, A Division of Capi   Baltimore                            American InfoSource LP as agent for
c/o Michael J. Klima, Jr.                      Baltimore Division                   Verizon
8028 Ritchie Highway                           101 West Lombard Street, Ste. 8530   PO Box 248838
Suite 300                                      Baltimore, MD 21201-2605             Oklahoma City, OK  73124-8838
Pasadena, MD 21122-1360


Anne Arundel County, Maryland             Atlas Acquisitions LLC                    BG&E
Office of Law                             294 Union St.                             PO Box 1475
2660 Riva Road, 4th Floor                 Hackensack, NJ 07601-4303                 Baltimore, MD 21203-1475
Annapolis, MD 21401-7055


BMW Mini of Annapolis                     Capital One Auto Finance                  Capital One Auto Finance,
21 Old Mill Bottom Rd                     PO Box 255605                             c/o Ascension Capital Group
Annapolis, MD 21409                       Sacramento, CA 95865-5605                 P.O. Box 201347
                                                                                    Arlington, TX 76006-1347


Capital One Auto Finance, a division of Capi   Comcast                              Comenity Bank
AIS Portfolio Services, LP                     5801 Metro Dr                        PO Box 182120
4515 N Santa Fe Ave. Dept. APS                 Baltimore, MD 21215-3204             Columbus, OH 43218-2120
Oklahoma City OK 73118-7901


(p)COMPTROLLER OF MAYLAND                 (p)DISCOVER FINANCIAL SERVICES LLC        Discover Bank
BANKRUPTCY UNIT                           PO BOX 3025                               Discover Products Inc
301 W PRESTON ST ROOM 409                 NEW ALBANY OH 43054-3025                  PO Box 3025
BALTIMORE MD 21201-2396                                                             New Albany, OH  43054-3025


ERC                                       First Credit Services Inc                 GFC Lending, LLC
PO Box 23870                              377 Hoes Ln Ste 300                       PO Box 29018
Jacksonville, FL 32241-3870               Piscataway, NJ 08854-4138                 Phoenix, AZ 85038-9018


GO Financial                              Golds Gym International                   Johns Hopkins University Clinical Practi
PO Box 53087                              125 E John Carpenter Fwy Ste 1300         PO Box 64896
Phoenix, AZ 85072-3087                    Irving, TX 75062-2366                     Baltimore, MD 21264-4896


LVNV Funding                              LVNV Funding, LLC its successors and assigns   Midland Funding
PO Box 10584                              assignee of FNBM, LLC                          8875 Aero Dr Ste 200
Greenville, SC 29603-0584                 Resurgent Capital Services                     San Diego, CA 92123-2255
                                          PO Box 10587
                                          Greenville, SC 29603-0587


Midland Funding, LLC                      PEROUTKA, STEPHEN G                       Patient First
Midland Credit Management, Inc. as        8028 RITCHIE HWY,STE 300                  PO Box 758941
agent for Midland Funding, LLC            Pasadena, MD 21122-1360                   Baltimore, MD 21275-8941
PO Box 2011
WARREN, MI 48090-2011
```

| | | |
|---|---|---|
| Patient First c/o Receivables Management Sys<br>PO Box 8630<br>Richmond, VA 23226-0630 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Receivables Management<br>7206 HULL STREET RD SUITE 211<br>Richmond, VA 23235-5826 |
| Richie Automotive<br>98 GEORGIA AVE NE<br>Glen Burnie, MD 21060-6829 | Security Credit Services LLC<br>2653 W Oxford Loop<br>Oxford, MS 38655-2929 | Southwest Credit<br>4120 International Pkwy<br>Carrolton, TX 75007-1958 |
| State Of Maryland CCU<br>300 W Preston St<br>Baltimore, MD 21201-2308 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Synchrony Bank<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| (p)TEMPOE  LLC DBA WHY NOT LEASE IT<br>ATTN BOB HOLWADEL<br>720 EAST PETE ROSE WAY SUITE 400<br>CINCINNATI OH 45202-3576 | Tora Newell<br>30 Sandstone Ct. Apt. L<br>Annapolis, MD 21403-5728 | Transworld Systems<br>PO Box 17205<br>Wilmington, DE 19850-7205 |
| US Attorney for the District of Maryland<br>36 S Charles St 4th Fl<br>Baltimore, MD 21201-3020 | US Dept of Education<br>PO Box 5609<br>Greenville TX 75403-5609 | Verizon<br>500 Technology Dr<br>Weldon Spring, MO 63304-2225 |
| West Creek Finance<br>PO Box 5518<br>Glen Allen, VA 23058-5518 | Austin J Daniel<br>307 Maple Tree Drive<br>Apt 4A<br>Glen Burnie, MD 21060-8580 | Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 |
| Robert S. Thomas II<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286-3005 | | |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | | |
|---|---|---|
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Discover<br>PO Box 15316<br>Wilmington, DE 19850 | Tempoe, LLC<br>1750 Elm St #1500<br>Manchester, NH 03104 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

```
(u)CBCS                          End of Label Matrix
INVALID ADDRESS PROVIDED         Mailable recipients    48
                                 Bypassed recipients     1
                                 Total                  49
```