IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

IN RE: Austin J Daniel         *

            * Case No. 17-11842
             Chapter 13

            *

    Debtor     *

## DEBTOR'S AFFIDAVIT REQUESTING DISCHARGE

***IN JOINT FILINGS, A SEPARATE AFFIDAVIT MUST BE COMPLETED BY EACH DEBTOR IN ORDER TO BE ELIGIBLE FOR A DISCHARGE***

The Chapter 13 Trustee has filed a notice of completion in my case and I am hereby requesting that the Court issue a discharge. I testify under penalty of perjury to the following: (Complete all sections and provide <u>all</u> required information.)

1. The following creditors hold a claim that is not discharged under 11 U.S.C. § 523 (a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. § 524(c): (provide <u>name, address, and telephone number of each such creditor</u>)

2. <u>I have</u> not received a discharge in a Chapter 7, 11 or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 Bankruptcy.

3. I have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 bankruptcy.

4. A. _____ I did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000 if the case was filed before April 1, 2007, or $136,875 if the case was filed on or after April 1, 2007 and before April 1, 2010, or $146,450 for a case filed on or after April 1, 2010 and before April 1, 2013, or $155,675 if the case was filed on or after April 1, 2013 in the type of property described in 11 U.S.C. §522(p)(1) [generally the debtor's homestead].

**Local Bankruptcy Form P**

B.     There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

5. COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT PURSUANT TO 11 U.S.C. § 1328(g)(1)

[Complete one of the following statements]

I, Austin J Daniel, the debtor in the above-styled
   (printed name of debtor)
case hereby certify that on 5/22/2017 I completed an instructional
                            (date)
course in personal financial management provided by Allen Credit and Debt Counseling Agency,
                                                   (Name of Provider)
by an approved personal financial management instruction provider.

☐ Official Form 23 was filed previously with the court; OR

A document attesting to my completion of the personal financial management instruction course is attached.

I, _____, the debtor in the above-styled
   (printed name of debtor)
case, hereby certify that no personal financial management course is required because: [check the appropriate box.]

☐ I am incapacitated or disabled, as defined in 11 U.S.C. § 109(h)(4);
☐ I am on active military duty in a military combat zone; or
☐ I reside in a district in which the United States Trustee has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

☑ CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS PURSUANT TO 11 U.S.C § 1328(a)

[Complete one of the following statements]

I, Austin J Daniel, the debtor in the above-styled case,
   (printed name of debtor)
hereby certify that I am not currently required, nor at any time during the period of this bankruptcy have I been required, by a judicial or administrative order, or by statute, to pay a domestic support obligation.

**Local Bankruptcy Form P**
**Page Two**

I,_____, the debtor in the above-styled
         (printed name of debtor)
case am required by judicial or administrative order, or by statute, to pay a domestic support obligation as defined in 11 U.S.C. § 101(14A).  (This refers to a debt owed to or recoverable by  a spouse, former spouse or child of the debtor or such child's parent, legal guardian or responsible relative or a governmental unit in the nature of alimony, maintenance or support.)  The name and address of each holder of a domestic support obligation follows:

_____
_____
_____
_____

_____
_____
_____
_____

[check the appropriate box.]

☐ I hereby certify that all amounts payable under such order or such statute that are due on or before the date of this affidavit (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid; or

I have executed, and the court has approved, a written waiver of discharge pursuant to 11 U.S.C. § 1328(a).

My current address is:

_____
_____
_____

The name and address of my most recent/current employer is:

_____
_____
_____
_____

**Local Bankruptcy Form P**
**Page Three**

I declare under penalty of perjury that all of the above statements are true and correct to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement in determining whether to grant me a discharge in this case. I further understand that the court may revoke my discharge if such order of discharge was procured by fraud.

Signature of Debtor: /s/ Austin J. Daniel     Date: 5/13/2024

## NOTICE OF OPPORTUNITY TO OBJECT

Any objections to the accuracy of this affidavit must be filed within fourteen (14) days of the date of service of this Affidavit. If no objection is filed, the Court will consider entering a discharge order in this case without further notice or hearing.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Debtor's Affidavit Requesting Discharge will be served electronically by the Court's CM/ECF system on the following:

Name of Trustee, Chapter 7/13
Brian Tucci
Name of Attorney
Michael Klima
Name of Attorney

I hereby further certify that on the 14th day of May, 2024, a copy of the Debtor's Affidavit Requesting Discharge was also mailed first class mail, postage prepaid to:

Name of Party                SEE ATTACHED MATRIX
Address of Party
City, State   Zip

Name of Party
Address of Party
City, State   Zip

**Local Bankruptcy Form P**
**Page Four**

Name of Party
Address of Party
City, State   Zip

Signature /S/ Daniel M Press
[Type or print your name]

**NOTE: The Certificate of Service must comply with Local Bankruptcy Rule 7005-2(2).**

**Local Bankruptcy Form P**
**Page Five**

Certificate Number: 06531-MD-DE-029289740

Bankruptcy Case Number: 17-11842



06531-MD-DE-029289740

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 22, 2017, at 12:45 o'clock AM CDT, Austin J Daniel completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: May 22, 2017

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 17-11842<br>District of Maryland<br>Baltimore<br>Tue May 14 08:06:40 EDT 2024 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | Capital One Auto Finance<br>a division of Capital One, N.A.<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Capital One Auto Finance, A Division of Capi<br>c/o Michael J. Klima, Jr.<br>8028 Ritchie Highway<br>Suite 300<br>Pasadena, MD 21122-1360 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | (p)ANNE ARUNDEL COUNTY OFFICE OF LAW<br>ATTN MARGARET V DALL'ACQUA<br>2660 RIVA ROAD<br>4TH FLOOR<br>ANNAPOLIS MD 21401-7180 |
| BG&E<br>PO Box 1475<br>Baltimore, MD 21203-1475 | BMW Mini of Annapolis<br>21 Old Mill Bottom Rd<br>Annapolis, MD 21409-5406 | Capital One Auto Finance<br>PO Box 255605<br>Sacramento, CA 95865-5605 |
| Capital One Auto Finance,<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 | Comcast<br>5801 Metro Dr<br>Baltimore, MD 21215-3204 |
| Comenity Bank<br>PO Box 182120<br>Columbus, OH 43218-2120 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | ERC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | First Credit Services Inc<br>377 Hoes Ln Ste 300<br>Piscataway, NJ 08854-4138 |
| GFC Lending, LLC<br>PO Box 29018<br>Phoenix, AZ 85038-9018 | GO Financial<br>PO Box 53087<br>Phoenix, AZ 85072-3087 | Golds Gym International<br>125 E John Carpenter Fwy Ste 1300<br>Irving, TX 75062-2366 |
| Johns Hopkins University Clinical Practi<br>PO Box 64896<br>Baltimore, MD 21264-4896 | LVNV Funding<br>PO Box 10584<br>Greenville, SC 29603-0584 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>WARREN, MI 48090-2011 | PEROUTKA, STEPHEN G<br>8028 RITCHIE HWY,STE 300<br>Pasadena, MD 21122-1360 |
| Patient First<br>PO Box 758941<br>Baltimore, MD 21275-8941 | Patient First c/o Receivables Management Sys<br>PO Box 8630<br>Richmond, VA 23226-0630 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |

```
Receivables Management                Richie Automotive                       Security Credit Services LLC
7206 HULL STREET RD SUITE 211         98 GEORGIA AVE NE                       2653 W Oxford Loop
Richmond, VA 23235-5826               Glen Burnie, MD 21060-6829              Oxford, MS 38655-5442


Southwest Credit                      (p)STATE OF MARYLAND CENTRAL COLLECTION UNIT   State of Maryland DLLR
4120 International Pkwy               ATTN OFFICE OF THE ATTORNEY GENERAL            Division of Unemployment Insurance
Carrolton, TX 75007-1958              300 W PRESTON ST RM 407                        1100 N. Eutaw Street, Room 401
                                      BALTIMORE MD 21201-2309                        Baltimore, MD 21201-2226


Synchrony Bank                        (p)TEMPOE  LLC DBA WHY NOT LEASE IT     Tora Newell
PO Box 965064                         ATTN BOB HOLWADEL                       30 Sandstone Ct. Apt. L
Orlando, FL 32896-5064                720 EAST PETE ROSE WAY SUITE 400        Annapolis, MD 21403-5728
                                      CINCINNATI OH 45202-3576


Transworld Systems                    (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M  US Dept of Education
PO Box 17205                          36 S CHARLES STREET FOURTH FLOOR               PO Box 5609
Wilmington, DE 19850-7205             BALTIMORE MD 21201-3020                        Greenville TX 75403-5609


Verizon                               West Creek Finance                      Austin J Daniel
500 Technology Dr                     PO Box 5518                             307 Maple Tree Drive
Weldon Spring, MO 63304-2225          Glen Allen, VA 23058-5518               Apt 4A
                                                                              Glen Burnie, MD 21060-8580


Brian A. Tucci                        Daniel M. Press
Brian A. Tucci, Chapter 13 Trustee    Chung & Press, P .C.
P.O. Box 1110                         6718 Whittier Ave., Ste. 200
Millersville, MD 21108-4110           McLean, VA 22101-4531



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Atlas Acquisitions LLC                Anne Arundel County, Maryland           (d)Atlas Acquisitions LLC
Attn: Avi Schild                      Office of Law                           294 Union St.
294 Union St                          2660 Riva Road, 4th Floor               Hackensack, NJ 07601
Hackensack, NJ 07601                  Annapolis, MD 21401


Comptroller of the Treasury           Discover                                State Of Maryland CCU
Compliance Division, Room 409         PO Box 15316                            300 W Preston St
301 W. Preston Street                 Wilmington, DE 19850                    Baltimore, MD 21201
Baltimore, MD 21201


Tempoe, LLC                           US Attorney for the District of Maryland
1750 Elm St #1500                     36 S Charles St 4th Fl
Manchester, NH 03104                  Baltimore, MD 21201
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)CBCS                              End of Label Matrix
INVALID ADDRESS PROVIDED             Mailable recipients   46
                                     Bypassed recipients    1
                                     Total                 47
```